Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, Montana 59801
406/542-5205
406/721-1616 fax
hdye@dyemoelaw.com
Attorney for Debtor
I.D. Number 408

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re | Case No. 13-60538 |
| | **NOTICE OF HEARING** |
| RUTH CARMONA, | Date: October 10, 2013 |
| | Time: 9:00 A.M. |
| Debtor. | Location: Courtroom # 200A, Russell Smith Federal Courthouse, 201 East Broadway, Missoula, Montana |

**OBJECTION TO PROOF OF CLAIM; AND NOTICE OF HEARING**

  Pursuant to Rule 3007, F.R.B.P., and Mont. LBR 3007-2, the undersigned respectfully objects to the Proof of Claim filed in the above-entitled case by Internal Revenue Service, which is claim number 5 on the Claims Register maintained by the Clerk of Court.  The grounds for this objection are as follows:

  The proof of claim is for estimated taxes for 2012.   Debtor has filed her 2012 tax return (redacted copy attached) and it shows no tax liability.

WHEREFORE, Proof of Claim number 5 should be disallowed.

1

## NOTICE OF HEARING

A hearing on the above-referenced Objection to Proof of Claim will be held at the date, time and location set forth in the caption above, at which time you must appear and respond to such Objection. If no response is timely made, the Court may grant the Objection, as a failure to appear shall be deemed an admission that the Objection is valid and should be granted.

DATED: August 27, 2013.

DYE & MOE, P.L.L.P.

*/s/ Harold V. Dye*
Harold V. Dye

## CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on August 27, 2013, copies of the foregoing Objection To Proof Of Claim; And Notice Of Hearing were served electronically by ECF notice to all persons/ entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/ entities who are not ECF registered users

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

*/s/ Ann M. Adler*